1 | GEORGE S. CARDONA
Acting United States Attorney                                    **JS-6**
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | MONICA E. TAIT
Assistant United States Attorney
6 | California Bar Number 157311
     1400 United States Courthouse
7 |      312 North Spring Street
     Los Angeles, California 90012
8 |      Telephone: (213) 894-2931
     Facsimile: (213) 894-7177
9 |      E-mail: Monica.Tait@usdoj.gov
Attorneys for Plaintiff
10 | United States of America

11

                UNITED STATES DISTRICT COURT
12
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                  WESTERN DIVISION
14
UNITED STATES OF AMERICA,   )   NO.  CV 08-111 VBF (FFMx)
15 |                         )
       Plaintiff,     )
16 |                         )   CONSENT JUDGMENT
       v.           )
17 |                         )
NINE FIREARMS,        )   Case Dispositive
18 |                         )
       Defendants.    )
19 | _____)
ROGER R. DAVIS and LINDA U.S.  )
20 | ESCOBAR,               )
                        )
21 |        Claimants.     )
_____)
22

     The Court having reviewed the stipulation between plaintiff
23
United States of America and claimants Linda U.S. Escobar ("Linda
24
Escobar") and Roger R. Davis ("Davis"), hereby ORDERS as follows:
25
     1.   On January 8, 2008, plaintiff United States of America
26

27

28

1  commenced this judicial forfeiture action by filing a Complaint

2  alleging that the defendants Nine Firearms are forfeitable to the

3  United States pursuant to 18 U.S.C. § 924(d).  Linda Escobar

4  claims to have an interest in all of the defendant firearms, and

5  Roger Davis claims to have an interest in five of the defendant

6  firearms.

7       2.   Plaintiff has notified other potential claimants,

8  including Jose G. Escobar, Larry L. Marshall, Juan Ortiz, Juan A.

9  Ruvulcaba, of this action pursuant to Supplemental Rule G for

10 Admiralty or Maritime Claims and Asset Forfeiture Actions,

11 Federal Rules of Civil Procedure.  Notice of forfeiture of the

12 defendants was published three times (March 26, April 2, and

13 April 9, 2008) in accordance with Supplemental Rule

14 G(4)(a)(iv)(C).  Other than the claims identified in paragraph 1

15 above, no claims or answers have been filed to contest the

16 forfeiture of the defendants, and the time for filing claims and

17 answers has expired.  All potential claimants to the defendants

18 other than Linda Escobar, and Roger Davis are deemed to have

19 admitted the allegations of the complaint.

20      3.   It is the intent of the United States, Linda Escobar,

21 and Roger Davis to resolve all of their competing claims to the

22 defendant Firearms by their Stipulation and this Consent

23 Judgment.  These parties' agreement to their Stipulation is

24 dependent upon:

25      a.   The execution by Linda Escobar and the United States of

26           a stipulation in the matter United States v. Vehicles

27           Seized from Brooklyn Auto Sales Business Locations, et

28           al., CV 08-00035 VBF (FFMx), signed by counsel for

2

1              plaintiff on even date herewith, which releases

2              $16,101.14 to Linda Escobar in settlement of her

3              remaining claims in that matter and as part of the

4              consideration for settlement of this matter; and

5         b.   The execution of a waiver and release by Jose G.

6              Escobar in the form attached to the parties'

7              stipulation as Exhibit A, releasing all his right,

8              title, and interest in certain other guns seized by the

9              government on or about August 15, 2007 described in

10             paragraph 11 below.  The executed release has been

11             delivered to undersigned counsel for plaintiff in

12             satisfaction of this condition.

13        4.   This Court has jurisdiction over the subject matter of

14   the present action and over the parties to this agreement.

15        5.   The Complaint states a claim for relief against the

16   defendants.

17              **DISPOSITION OF THE DEFENDANT NINE FIREARMS**

18        6.   All right, title, and interest of Linda Escobar, Roger

19   Davis, and all other potential claimants in the following

20   defendant firearms is hereby condemned and forfeited to the

21   United States of America:

22        a.   One Ruger, Model GP100 revolver, serial number

23             174-65800 (identified in the government's complaint as

24             "Firearm A");

25        b.   One Ruger, Model Vaquero revolver, serial number

26             57-22626 ("Firearm B");

27        c.   One Taurus, Model PT38S pistol, serial number LYB58789

28             ("Firearm C"); and

1      d.    One Zastava, Model M59 rifle, serial number 28593

2            ("Firearm D").

3      7.    In settlement of this action, the following defendant

4   firearms shall be returned to claimant Roger Davis ("Davis

5   Firearms"):

6      a.    One Nambu 8mm caliber Model 1902 pistol, serial number

7            4308 (identified in the government's complaint as

8            "Firearm E");

9      b.    One unknown manufacturer (Japanese) Model Type 94

10           pistol, serial number 31932 ("Firearm F");

11     c.    One Beretta .32 caliber Model 1935 pistol, serial

12           number 608001 ("Firearm G");

13     d.    One J.P. Sauer .32 caliber Model 1913 pistol, serial

14           number 132472 ("Firearm H"); and

15     e.    One unknown manufacturer .25 caliber Model OWA-Pocket

16           Pistol, serial number 16732 ("Firearm I").

17     8.    The return of the Davis firearms shall be accomplished

18  as follows:  the Bureau of Alcohol, Tobacco, and Firearms ("ATF")

19  will transport the Davis Firearms to Ohio at its expense, and

20  will contact Davis, who is a licensed Federal Firearms dealer, to

21  arrange for Davis to retrieve the Davis Firearms from a location

22  within the state of Ohio at Davis' expense.

23     9.    Except as to such rights and obligations created by

24  this Stipulation, Linda Escobar and Roger Davis agree to release

25  and hold harmless the United States, and any agents, servants,

26  and employees of the United States (or any state or local law

27  enforcement agency), including without limitation ATF and the

28  Drug Enforcement Administration, acting in their individual or

4

1 │ official capacities, from all claims, actions or proceedings,

2 │ including, but not limited to, any claim for attorney's fees

3 │ and/or costs, or interest, which may hereafter be asserted or

4 │ brought by each of them or on their behalf which are related to

5 │ or arise out of the present action.

6 │     10.  All of the undersigned shall execute all documentation

7 │ necessary to carry out this agreement.  Each party shall bear its

8 │ own costs of litigation and attorney's fees.  Each party waives

9 │ its right to appeal.  The parties agree that the Court's entry of

10 │ this Consent Judgment constitutes a certificate of reasonable

11 │ cause pursuant to 28 U.S.C. § 2465(a)(2).

12 │ **AGREEMENT FOR DISPOSITION OF OTHER GUNS SEIZED ON THE SAME DATE**

13 │ **AS THE DEFENDANT NINE FIREARMS**

14 │     11.  The parties have further stipulated and agreed to the

15 │ following disposition of certain guns seized from Linda Escobar

16 │ on or about August 15, 2007 that are not defendants in this

17 │ action.

18 │     a.    The following guns shall be forfeited to the United

19 │           States:

20 │           (1)  One Smith and Wesson 9mm handgun s/s, serial no.

21 │                TEA7369; and

22 │           (2)  One BP Preplex, DRPa Model 2 Handgun.

23 │     Linda Escobar and Roger Davis have released all their right,

24 │        title, and interest in the guns identified in this

25 │        subparagraph to the United States, and have waived any right

26 │        to receive notice of forfeiture proceedings relating to

27 │        those guns.

28 │     b.    The following guns shall be returned to Linda Escobar:

5

1   (1)   One Antique Revolver, serial no. 139. (DEA Ex.
2         N-510);
3   (2)   One Antique Single Shot, J.Stevens A&T Co., serial
4         no. 57604 (DEA Ex. N-511);
5   (3)   One Antique Flintlock, brass, no identifying marks
6         (DEA Ex. N-514); and
7   (4)   One Gaulois pistol, made in France, serial no. 1
8         or 20495 (DEA Ex. N-518).
9   c.   The following guns shall be returned to Roger Davis,
10       who in 1998 filed a report with law enforcement
11       authorities in Wood County, Ohio, claiming that these
12       guns were stolen from his home:
13  (1)   One Antique Revolver, Dictator, serial no. 4739
14        (DEA Ex. N-512);
15  (2)   One Colt Patent #35847, .31 caliber, serial no.
16        267537 (DEA Ex. N-513);
17  (3)   One Chicago Firearms Co. Handgun, The Protector,
18        serial no. 6505. (DEA Ex. N-519);
19  (4)   One Single Action pistol, CT Arms & Manufacturing
20        Co. (a.k.a. Conn. Arms & Company, Model Hammond
21        Bulldog, .44 caliber) (DEA Ex. N-520); and
22  (5)   One J.P.Lindsay, Lindsay's Young American handgun,
23        serial no. 1091 (DEA Ex. N-522).
24      12.   The United States shall return the guns specified in
25  paragraph 11(b) to Linda Escobar within 30 days of entry of this
26  Consent Judgment.   Linda Escobar shall retrieve the returned guns
27  from the ATF by contacting Special Agent Steve Goerke at (818)
28  265-2510.   The guns identified in paragraph 11(c) shall be

6

1  returned to Roger Davis in the same manner as provided for return

2  of the Davis Firearms.

3       13.  The Court retains jurisdiction over this case and the

4  parties hereto to effectuate the terms of their agreement and

5  this Consent Judgment.  The clerk is hereby directed to enter

6  this consent judgment, which constitutes a final judgment as to

7  the interests of Linda Escobar, Roger Davis, and all other

8  potential claimants in the Defendant Firearms.

9       **IT IS SO ORDERED.**

10 Dated: _September 10, 2009_     _____

                                  The Hon. Valerie Baker Fairbank
11                                UNITED STATES DISTRICT JUDGE

12 Presented by:

13 GEORGE S. CARDONA
   Acting United States Attorney

14 _____

15 MONICA E. TAIT
   Assistant United States Attorney

16
   Attorneys for Plaintiff
17 United States of America

18

19

20

21

22

23

24

25

26

27

28

7